## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH W. RAYBON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 04-0274-BH-L |
| | ) | |
| CONTINENTAL TIRE NORTH | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendant | ) | |

### JUDGMENT

Pursuant to the Order entered this day, granting Defendant's Motion (Doc. 45) for Summary

Judgment, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be entered in favor

of the Defendant, Continental Tire North America, Inc. and against the Plaintiff, Kenneth W. Raybon.

Defendant is entitled to recover from Plaintiff the amount of $63,511.45 and the Plaintiff is to have and

recover nothing of the Defendant.

**SO ORDERED** this 25th day of May, 2005.


                                        s/ W. B. Hand
                                   SENIOR DISTRICT JUDGE